UNITED DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

SERINA AGENT ]
]
PLAINTIFF ]
]
]
VS. ]    CIVIL ACTION NO. 1:13-0133
]
]
]
BUFFALO VALLEY, INC. ]
]
DEFENDANT ]

## AGREED ORDER

It appearing to the Court, as evidenced by the signature below of Counsel for Buffalo Valley, that counsel he is not available for the next scheduled conference on September 10; but the Court's office has given said counsel the date of September 17, 2014 at 10:00 A.M. in the courtroom of Magistrate John Bryant; and, on August 4, 2014, Counsel for the Plaintiff e-mailed to the undersigned counsel that this date was available to him, also.

It is, therefore, **ORDERED** that the next scheduled conference be on September 17, 2014 at 10:00 A.M. in the courtroom of Magistrate Bryant. Problems with discovery have arisen which will need the Court's help. Counsel have met and discussed these problems, but issues remain.

This 29th day of August 2014.

ENTER:

_____
JOHN S. BRYANT
U.S. MAGISTRATE