UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| SERINA AGENT,<br>Plaintiff<br><br>vs<br><br>BUFFALO VALLEY, INC.,<br>Defendant | Case No. 1:13-0133<br><br>Magistrate Judge Bryant<br><br>JURY DEMAND | **FILED**<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT OF TENN.<br>AUG 28 2015<br><br>DEPUTY CLERK |

## VERDICT FORM

We, the jury, unanimously find as follows:

1. **SEXUAL HARASSMENT/HOSTILE WORK ENVIRONMENT.**

   a. On Plaintiff Serina Agent's sexual harassment/hostile work environment claim, we find **in favor of** (circle one):

   Plaintiff, Serina Agent          or          **(Defendant Buffalo Valley)**

   *Note: Answer the following subsections only if the above finding is in favor of Plaintiff. If the finding is in favor of Defendant, please stop here and move to No. 2 because you have completed your deliberations on this claim.*

   b. We find Plaintiff's damages (compensatory damages), to be:

   $_____ . (Please state the amount.)

   *Note: If you found in favor of Plaintiff Serina Agent above, answer the next question. Otherwise move to No. 2.*

   c. Do you find that Plaintiff Serina Agent is entitled to an award of punitive damages against Defendant Buffalo Valley (circle one)?

   Yes          or          No

1

## 2. RETALIATION.

a. On Plaintiff Serina Agent's retaliation claim, we find **in favor of** (circle one):

Plaintiff Serina Agent      or      (**Defendant Buffalo Valley**)

*Note: If you found in favor of Plaintiff Serina Agent's retaliation claim above, answer the remaining subsections. Otherwise stop here and have your foreperson sign and date this form because you have completed your deliberations.*

b. We find Plaintiff's damages (compensatory damages), to be:

$_____ . (Please state the amount.)

*Note: Answer the next subsection only if you found in favor of Plaintiff on the retaliation claim. Otherwise stop here and have your foreperson sign and date this form because you have completed your deliberations.*

c. We find Plaintiff's lost wages and benefits through the date of this verdict (back pay) to be:

$_____ . (Please state the amount.)

*Note: Answer the next subsection only if you found in favor of Plaintiff on the retaliation claim. Otherwise stop here and have your foreperson sign and date this form because you have completed your deliberations.*

d. Do you find that Plaintiff Serina Agent is entitled to an award of punitive damages against Defendant Buffalo Valley (circle one)?

Yes      or      No

Sign and date the verdict form and return it to the court officer..

08/28/15
Date                                          Foreperson