# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Serina Agent | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13-cv-00133 |
| Buffalo Valley, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

X tried by a jury with Judge    John S. Bryant    presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:    August 31, 2015

*CLERK OF COURT*

s/Tina S. McDonald

*Signature of Clerk or Deputy Clerk*